United States Magistrate Court
Southern District of Texas
FILED
DEC 3 0 2005
AAF
Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED
JAN 0 3 2006
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | § | |
| VS | § | L-03-CR-491-01 |
| MARIA MAGDALENA MARTINEZ | § | |
| aka: MARIA MAGDALENA GARCIA MARTINEZ | § | |

## ORDER

On November 1, 2005 this Court entered an Order Appointing The Federal Public Defender. This Order should never have been presented to this Court. Accordingly, this Court's Order signed on November 1, 2005 is hereby RESCINDED.

IT IS SO ORDERED.

SIGNED, this 30th day of December, 2005

_____
ADRIANA ARCE-FLORES
United States Magistrate Judge